UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINE SCHUDEL and RAMON TOLEDO, | Case No. 07cv695-BEN (BLM) |
| Plaintiffs, | **ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| SEARCHGUY.COM, INC., et al., | |
| Defendants. | |

Due to the pending motion to amend the pleadings, Doc. No. 25, and after a review of the status of the case, the Mandatory Settlement Conference currently set for April 25, 2008 at 1:30 p.m., Doc. No. 18, is hereby continued to **May 28, 2008** at **1:30 p.m.** All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: April 21, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL