# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sabine Schudel and Ramon Toledo,
                Plaintiff(s)

             **V.**                     **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Searchguy.Com, Inc, et al,
                Defendant(s)         **CASE NUMBER:**      07cv695-BEN(BLM)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

The Court GRANTS Plaintiff's motion for default judgment against Florence Equity, Internetplays.com, and Tabmeta under Federal Rule of Civil Procedure 55(b). The Court awards Plaintiffs $219,578.00 in damages against Bibiyan and the Entity Defendants. The Court awards Searchguy $100,000.00 in breach of contract damages, ten percent pre-judgment interest on the contract damages commencing from April 17, 2007, and $16,646.29 in attorney fees against Bibiyan and the Entity Defendants. Additionally, the Court awards Searchguy $11,892,000.00 in damages against Bibiyan.

| August 9, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ J. Rocha
(By)
      Deputy Clerk
ENTERED ON August 9, 2010