Timothy J. Silverman, SBN 145264
Holly J. Nolan, SBN 140775
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Tel: (858) 793-8500; Fax: (858) 793-8263

Attorneys for Plaintiffs SABINE SCHUDEL and
RAMON TOLEDO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINE SCHUDEL and RAMON TOLEDO,<br><br>Plaintiffs,<br><br>vs.<br><br>SEARCHGUY.COM, INC., a Nevada corporation; et al.,<br><br>Defendants<br><br>AND RELATED CROSS-ACTION. | Case No. 07 CV 0695 BEN (BLM)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS SABINE SCHUDEL AND RAMON TOLEDO'S NOTICE OF RENEWED APPLICATION AND APPLICATION FOR *EX PARTE* ORDER GRANTING AUTHORITY TO DONALD P. TREMBLAY, ESQ. TO DISBURSE MONIES IN TRUST FOR SEARCHGUY.COM, INC. FOR ATTORNEYS' FEES INCURRED**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 4B |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs, SABINE SCHUDEL and RAMON TOLEDO, hereby withdraw their Ex Parte Application for an Order Granting Authority to Donald P. Tremblay,

///

///

///

- 1 -

Esq. to Disburse Monies in Trust for SEARCHGUY.COM, INC. for attorneys' fees incurred.

Dated: April 23, 2013      SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC

By: /s/ Holly J. Nolan
    Timothy J. Silverman
    Holly J. Nolan
    Attorneys for Plaintiffs SABINE SCHUDEL and RAMON TOLEDO