# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Roger T. Benitez
FROM: C. Lopez, Deputy Clerk   RECEIVED DATE: 6/20/2013
CASE NO. 07cv0695-BEN-BLM   DOCUMENT FILED BY: Kenneth L. Perkins
CASE TITLE: Schudel et al v. Searchguy.com et al
DOCUMENT ENTITLED: Application for Appearance and Examination re: Enforcement of Judgment

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | Document previously filed in case doc.#168 |

Date Forwarded: 6/21/2013

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 6/21/13   CHAMBERS OF: The Honorable Roger T. Benitez

cc: All Parties   By: _____

Name, Address and Phone number of Attorney(s):
Kenneth L. Perkins, Jr. / Geoffrey C. Brethen
Musick, Peeler & Garrett LLP
640 Town Center Dr., #1200, Costa Mesa, CA 92626
Tel: (714) 668-2441 / (714) 668-2426

**REJECTED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| SABINE SCHUDEL and RAMON TOLEDO | CASE NUMBER 07cv0695 BEN (BLM) |
|---|---|
| Plaintiff(s) v. SEARCHGUY.COM, INC., et al., Defendant(s). | APPLICATION FOR APPEARANCE AND EXAMINATION RE: ☑ ENFORCEMENT OF JUDGMENT ☐ ATTACHMENT(Third Person) ☑ Judgment Debtor ☐ Third Person |

☑ Judgment creditor ☐ Assignee of record ☐ Plaintiff who has right to attach order  Searchguy.com, Inc.
*(Party name)*
hereby applies for an order requiring: THOMAS BIBIYAN  to appear and furnish
*(Name of Person being examined)*
information to aid in enforcement of the money judgment or to answer concerning property or debt

The person to be examined is:

☑ the judgment debtor
☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250.00. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached hereto.

The person to be examined resides or has place of business in the county or within 150 miles of the place of examination. (See Federal Rule of Civil Procedure 45(b)(2).)

☐ This Court is **not** the Court in which the money judgment is entered or (attachment only) the Court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 7, 2013

*(Signature of Declarant)*

Kenneth L. Perkins, Jr.
*(Type or Print Name)*

**AN *ORDER TO APPEAR FOR EXAMINATION* (CV-4P ORDER) MUST ACCOMPANY THIS APPLICATION**

---

CV-4P (10/11)

APPLICATION FOR APPEARANCE AND EXAMINATION
(Attachment-Enforcement of Judgment)