# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SABINE SCHUDEL, et al. )
)
) CASE NO. 07cv00695 BEN (BLM)
vs. )
) **PRAECIPE**
SEARCHGUY.COM, INC., )
et al. )
_____ )

TO THE CLERK:

_____Please issue this Abstract of Judgment_____

_____

_____

_____

_____

DATE: July 2, 2013

Kenneth L. Perkins, Jr.
MUSICK, PEELER & GARRETT LLP
Name

650 Town Center Drive, Suite 1200
Address

Costa Mesa, CA 92626-1925

(714) 668-2441
Telephone

851286.1