Kenneth L. Perkins, Jr. (SBN 113531)
Geoffrey C. Brethen (SBN 259873)
MUSICK, PEELER & GARRETT, LLP
650 Town Center Dr., Suite 1200
Costa Mesa, CA  92626-1925
Tel:  (714) 668-2400

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sabine Schudel and Ramon Toledo, ) | **NO.  07cv00695 BEN (BLM)** |
| Plaintiffs, ) | |
| v.  ) | **ABSTRACT OF JUDGMENT** |
| ) | |
| Searchguy.com, Inc., et al., Defendants ) | |

1.    (X)    Judgment creditor    ( )    Assignee of record applies for an abstract of
                    judgment and represents the following:

        (a)    Judgment debtor's name and last known address:
               **THOMAS BIBIYAN**
               **6446 W. 84th St., Los Angeles, CA  90045**

        (b)    Driver's license no. and state
               (X)    unknown

        (c)    Social Security number
               (X)    unknown

    Kenneth L. Perkins, Jr.                          
      (Type or print name)                    (Signature of Applicant/Attorney)

2.    a.    ( )    I certify that the following is a true and correct abstract of judgment
                         entered in this action.
      b.    (X)    A certified copy of the judgment is attached.

3.    Judgment creditor (Name and Address):
    **SEARCHGUY.COM, INC.**
    **7590 Fay Ave., Suite 404, La Jolla, CA  92037**

4.    Judgment debtor (full name as it appears in judgment):
    THOMAS BIBIYAN

5.    a.    Judgment entered (date):    August 9, 2010
      b.    Renewal entered (date):    N/A
      c.    Renewal entered (date):    N/A

6.    Total amount of judgment as entered or last renewed  $12,008,646.29

7.    A stay of enforcement has:
    a.    (X) not been ordered by the court.
    b.    ( ) been ordered by the court effective until _____ (Date)

Attested:                        W. Samuel Hamrick, Jr., Clerk

851312.1

                                        By _____