# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Sabine Schudel and Ramon Toledo,
        Plaintiff(s)

V.                      **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

Searchguy.Com, Inc, et al,
        Defendant(s)      **CASE NUMBER:**    07cv695-BEN(BLM)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

The Court GRANTS Plaintiff's motion for default judgment against Florence Equity, Internetplays.com, and Tabmeta under Federal Rule of Civil Procedure 55(b). The Court awards Plaintiffs $219,578.00 in damages against Bibiyan and the Entity Defendants. The Court awards Searchguy $100,000.00 in breach of contract damages, ten percent pre-judgment interest on the contract damages commencing from April 17, 2007, and $16,646.29 in attorney fees against Bibiyan and the Entity Defendants. Additionally, the Court awards Searchguy $11,892,000.00 in damages against Bibiyan.

August 9, 2010                                    W. Samuel Hamrick, Jr.
Date                                                       Clerk

s/ J. Rocha
(By)
     Deputy Clerk
ENTERED ON August 9, 2010

I hereby attest and certify on 6/18/13
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

07cv695-BEN(BLM)