**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE 714-668-2441
FACSIMILE 714-668-2490

Kenneth L. Perkins, Jr. (State Bar No. 113531)
k.perkins@mpglaw.com
Geoffrey C. Brethen (State Bar No. 259873)
g.brethen@mpglaw.com

Attorneys for Plaintiffs SABINE SCHUDEL and RAMON TOLEDO and Defendant
SEARCHGUY.COM, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABINE SCHUDEL and RAMON TOLEDO,<br><br>          Plaintiffs,<br><br>vs.<br><br>SEACHGUY.COM, INC., et al.,<br><br>          Defendants. | CASE No. 07cv00695 BEN (BLM)<br><br>Case Assignment:<br>Hon. Roger T. Benitez<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br><br><br>Action Filed:     April 17, 2007<br>Trial Date:       None |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs SABINE SCHUDEL and

RAMON TOLEDO and Defendant SEARCHGUY.COM, INC., hereby substitute

Kenneth L. Perkins, Jr. and Geoffrey C. Brethen of Musick, Peeler & Garrett, LLP,

650 Town Center Drive, Suite 1200, Costa Mesa, California 92626, **in place of**

Donald Paul Tremblay, Holly J. Nolan, Robert Robinson, Kenneth C. Noorigian,

1 | and Michael Thomas Lane as their attorneys of record in the above-referenced

2 | action.

3 | DATED: June 12, 2013          LAW OFFICE OF DONALD P. TREMBLAY

4 |

5 |

6 | By: _____

7 |        Donald Paul Tremblay

8 | DATED: June ___, 2013       SOLOMON GRINDLE SILVERMAN and

9 |                                 SPINELLA

10 |

11 |

12 | By: _____

13 |        Holly J. Nolan

14 | DATED: June ___, 2013       LAW OFFICE ROBERT ROBINSON

15 |

16 |

17 | By: _____

18 |        Robert Robinson

19 |

20 | DATED: June ___, 2013       KENNETH C. NOORIGIAN

21 |

22 |

23 | By: _____

24 |        Kenneth C. Noorigian

25 | / / /

26 | / / /

27 | / / /

28 |

1   and Michael Thomas Lane as their attorneys of record in the above-referenced

2   action.

3   DATED: June 12, 2013          LAW OFFICE OF DONALD P. TREMBLAY

4

5

6   By: _____

7          Donald Paul Tremblay

8   DATED: June 25, 2013          SOLOMON GRINDLE SILVERMAN and

9                                 SPINELLA

10

11

12   By: _____

13          Holly J. Nolan

14   DATED: June ___, 2013          LAW OFFICE ROBERT ROBINSON

15

16

17   By: _____

18          Robert Robinson

19

20   DATED: June ___, 2013          KENNETH C. NOORIGIAN

21

22

23   By: _____

       Kenneth C. Noorigian

24

25   / / /

26   / / /

27   / / /

28

MUSICK, PEELER
& GARRETT LLP

1 | and Michael Thomas Lane as their attorneys of record in the above-referenced

2 | action.

3 | DATED: June 12, 2013      LAW OFFICE OF DONALD P. TREMBLAY

4

5

6 | By: _____

        Donald Paul Tremblay

7

8 | DATED: June ___, 2013      SOLOMON GRINDLE SILVERMAN and

9 | SPINELLA

10

11

12 | By: _____

        Holly J. Nolan

13

14 | DATED: June 25, 2013      LAW OFFICE ROBERT ROBINSON

15

16

17 | By: _____

        Robert Robinson

18

19

20 | DATED: June ___, 2013      KENNETH C. NOORIGIAN

21

22

23 | By: _____

        Kenneth C. Noorigian

24

25 | ///

26 | ///

27 | ///

28

MUSICK, PEELER
& GARRETT LLP

1   DATED: June 20, 2013          LEWIS KOHN & FITZWILLIAM, LLP

2

3

4                                 By: _____

5                                     Michael Thomas Lane

6       **I consent to this Substitution.**

7   DATED: June ___, 2013

8

9                                 _____
                                  SABINE SCHUDEL

10

11  DATED: June ___, 2013

12

13                                _____
                                  RAMON TOLEDO

14

15  DATED: June ___, 2013         SEARCHGUY.COM, INC.

16

17

18                                By: _____

19                                    RAMON TOLEDO, Its President and
                                      Founder

20      **I accept this substitution.**

21  DATED: June 8, 2013           MUSICK, PEELER & GARRETT LLP

22      July

23                                By: _____

24                                    Kenneth L. Perkins, Jr.

25                                    Geoffrey C. Brethen
                                      Attorneys for Plaintiffs

26                                    SABINE SCHUDEL and RAMON
                                      TOLEDO, and Defendant

27                                    SEARCHGUY.COM, INC.

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

850853.1                              3                    7-CV-00695-BEN-BLM
                          SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On July 8, 2013, I served true copies of the following document(s) described as **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** on the interested parties in this action.

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 8, 2013, at Costa Mesa, California.

*/s/ Holli Kiyomi*
Holli Kiyomi

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

850853.1

5

7-CV-00695-BEN-BLM
SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER